UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS JOEY, <br>       Petitioner, <br> v. <br> JIM ROBERTSON, Warden, <br>       Respondent. | Case No. 21-09370 BLF (PR) <br><br> **JUDGMENT** |

For the reasons stated in the order of dismissal, this action is DISMISSED without prejudice to filing a civil rights action under 42 U.S.C. § 1983. Judgment is entered accordingly.

The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated:  __April 15, 2022_____

BETH LABSON FREEMAN
United States District Judge

Judgment
P:\PRO-SE\BLF\HC.21\09370Joey_judgment.docx